ACCEPTED
03-14-00552-CV
4713476
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 2:53:01 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00552-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 2:53:01 PM
JEFFREY D. KYLE
Clerk

———————————————————————————————

RAGHUNATH DASS, P.E.,
*Appellant*,

v.

TEXAS BOARD OF PROFESSIONAL ENGINEERS,
*Appellee*.

———————————————————————

On Appeal from the
201st Judicial District Court, Travis County, Texas

———————————————————————

**UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

———————————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Now comes Appellee, Texas Board of Professional Engineers ("Board"), and files this Unopposed Motion for Extension of Time to File Appellee's Brief and would show as follows:

### I. INTRODUCTION

There is no specific deadline to file this motion to extend time. *See* Tex. R. App. Proc. 38.6(d). The Appellant is unopposed to this Motion. Appellee's current deadline to file its brief is April 6, 2015.

## II. ARGUMENT AND AUTHORITY

The Court may grant an extension of time under the authority of Texas Rule of Appellate Procedure 38.6(d). Appellee's Brief is currently due on April 6, 2015. Appellee requests a thirty (30) day extension of time to May 6, 2015 to file its Brief. No extension has been requested or granted previously.

The Appellee needs additional time to file its Brief in order to properly and more completely research the record and law on the issues of this appeal and has been hampered in this preparation by the undersigned counsel's current litigation schedule. At this time, counsel is completing a reply brief and preparing for oral arguments in the matter *Los Fresnos Consolidated Independent School District and Michael L. Williams, Commissioner of Education v. Jorge Vazquez,* Appeal Number 03-14-00629-CV. Additionally, counsel has also been involved with briefing in the matter *Antoine Dental Center v. Texas Health and Human Services Commission*, D-1-GN-14-2229, in the 200th District Court, Travis County, Texas. Because of these circumstances, the undersigned counsel respectfully requests the Court grant the thirty (30) day extension to file the Brief. As stated above, Appellant does not oppose this Motion.

## III. CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies, pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), that on March 26, 2015, on behalf of the Board, Jennifer

Hopgood, the undersigned communicated with Mr. Jimmy Allen Hall, counsel for Appellant, Raghunath Dass. Mr. Hall responded on behalf of Appellant that he does not oppose Appellee's request for a thirty (30) day extension of time for filing the Appellee's brief.

### IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, the Board respectfully requests that its Unopposed Joint Motion for a thirty (30) day extension of time in which to file its Brief be granted and be allowed to file its Appellee's Brief on or before May 6, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/Jennifer L. Hopgood*
Jennifer L. Hopgood
Assistant Attorney General
State Bar No. 24073010
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:   (512) 936-1660
Facsimile:    (512) 320-0167
jennifer.hopgood@texasattorneygeneral.gov
ATTORNEY FOR APPELLEE,
TEXAS BOARD OF PROFESSIONAL
ENGINEERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served by electronic mail on this date, the 31st day of March 2015, on the following:

Jimmy Alan Hall
JIMMY ALAN HALL, P.L.L.C.
4600 Mueller Boulevard, Suite 2121
Austin, TX 78723-3372
Facsimile: (512) 857-9195
jahall@fbjah.com

J. Woodfin Jones
ALEXANDER DUBOSE JEFFERSON
& TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Facsimile: (512) 482-9303
wjones@adjtlaw.com

*Counsel for Appellee*

/s/Jennifer L. Hopgood
JENNIFER L. HOPGOOD
Assistant Attorney General